# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ERIC GENARD ALBRIGHT,      )
                                 )
         Plaintiff,      )
                                 )
v.                            )      CV419-314
                                 )
ASHLEY WOOD, *et al.*,      )
                                 )
         Defendants.   )

## ORDER

Eric Genard Albright is a prisoner at the Wheeler Correctional Facility. While previously incarcerated at the Chatham County Sheriff's Complex, he filed a 42 U.S.C. § 1983 Complaint alleging false arrest, false imprisonment, malicious prosecution, and intentional infliction of emotional distress in case 4:19-cv-298. CV419-298, doc. 1. Albright has now filed an identical and duplicative § 1983 Complaint under the incorrect belief that his transfer to a new detention facility required a renewed filing. Doc. 1. As this is not the case, the Court **CONSTRUES** his new Complaint and Motion for Leave to Proceed in forma pauperis as a notice of change of address.

The Clerk is, therefore, **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The Clerk is further **DIRECTED** to docket plaintiff's

filings in the above captioned case in CV419-298 as a change of address and to update the caption accordingly.

SO ORDERED, this 25th day of November, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA